# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ENDURA PRODUCTS, INC., a North Carolina corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | )   Civil Action No. 1:16-cv-03700-ELR ) |
| GLOBAL PRODUCTS INTERNATIONAL GROUP, LLC, a Georgia limited liability company, | ) ) ) ) ) |
| Defendant. | ) |

## CONSENT MOTION FOR ENTRY OF
## STIPULATED PRELIMINARY INJUNCTION

Plaintiff Endura Products, Inc. ("Plaintiff") and Defendant Global Products International Group, LLC d/b/a GPI Millworks ("Defendant"), by the undersigned counsel, hereby move the Court, pursuant to Federal Rule of Civil Procedure 65, for entry of the Order for Stipulated Preliminary Injunction annexed hereto as Exhibit 1.

WHEREFORE, Plaintiff and Defendant respectfully request that the Court grant the motion and enter the Stipulated Preliminary Injunction annexed hereto as Exhibit 1 as the judgment of this Court.

Respectfully submitted, this the 19th day of October, 2016.

| WOMBLE CARLYLE SANDRIDGE & RICE, LLP | SUTHERLAND ASBILL AND BRENNAN, LLP |
|---|---|
| */s/  Preston H. Heard* <br> Preston H. Heard <br> GA Bar No. 476319 <br> 271 17th Street, Suite 2400 <br> Atlanta, Georgia 30363 <br> Telephone:  (404) 872-7000 <br> Facsimile:  (404) 870-8178 <br> E-Mail: pheard@wcsr.com | */s/  Ann G. Fort* <br> Ann G. Fort <br> GA Bar No. 269995 <br> Robert R.L. Kohse <br> GA Bar No. 863748 <br> 999 Peachtree Street, NE, Suite 2300 <br> Atlanta, GA 30309-3996 <br> Telephone: 404.853.8493 <br> Facsimile: 404.853.8806 facsimile <br> Email: ann.fort@sutherland.com <br> rob.kohse@sutherland.com |
| OF COUNSEL: <br><br> Charles A. Burke <br> Stephen F. Shaw <br> 300 North Greene Street, Suite 1900 <br> Greensboro, NC 27401 <br> Telephone:         336-574-8052 <br> Facsimile:          336-574-4521 <br> E-Mail: cburke@wcsr.com <br> stshaw@wcsr.com <br><br> *Counsel for Plaintiff Endura Products, Inc.* | *Counsel for Defendant Global Products International Group, LLC* |

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing document complies with LR 7.1(D), NDGa.  The font and point size used in preparing the foregoing is Times New Roman, 14 point.

This 19th day of October, 2016.

>*/s/  Preston H. Heard*
>Preston H. Heard
>GA Bar No. 476319

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of October, 2016, I electronically filed the foregoing **CONSENT MOTION FOR ENTRY OF STIPULATED PRELIMINARY INJUNCTION** with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

*/s/ Preston H. Heard*
Preston H. Heard
GA Bar No. 476319