# EXHIBIT 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

ENDURA PRODUCTS, INC.,   )
a North Carolina corporation,   )
   )
      Plaintiff,   )
   )
v.   )   Civil Action No. 1:16-cv-03700-ELR
   )
GLOBAL PRODUCTS   )
INTERNATIONAL GROUP, LLC,   )
a Georgia limited liability company,   )
   )
      Defendant.   )

## ORDER FOR STIPULATED PRELIMINARY INJUNCTION

Pursuant to an agreement between Plaintiff Endura Products, Inc. ("Plaintiff") and Defendant Global Products International Group, LLC d/b/a GPI Millworks ("Defendant") regarding Plaintiff's claims as alleged in the Complaint, D.E. 1, Plaintiff and Defendant have stipulated to the entry of the following Stipulated Preliminary Injunction and Plaintiff has moved that the Court approve of and enter same into the record.

After considering the parties' proposal, and pursuant to the parties' agreement and consent, the Court finds that such a Stipulated Preliminary

Injunction is duly consented to by the parties and conducive to the efficient administration of justice and therefore:

IT IS HEREBY ORDERED that:

1.     Defendant Global Products International Group, LLC, their officers, subsidiaries, parents, divisions, agents, servants, employees and attorneys, and those persons in active concert or participation with any of them, upon whom this Order shall also be served, but excepting customers of Defendant who may have previously purchased the products specifically identified below, are preliminarily restrained, enjoined and prohibited from any manufacture, use, importation, advertising, promotion, offer for sale, or sale of the GPI Outswing Sill Cap identified at Paragraph 18 of the Complaint and the GPI Corner Pad identified at Paragraph 31 of the Complaint, D.E. 1, ¶¶ 18, 31, and further set forth below:

a.  Defendant's Outswing Sill Cap as shown below and identified at paragraph 18 of the Complaint:

**Outswing Door Sills**



OUTSWING DOOR SILL

    b. Defendant's Weatherseal Pad with Angled Backleg, and identified as the GPI Corner Pad in paragraph 31 of the Complaint as shown below:



    2.    This Stipulated Preliminary Injunction is preliminary in nature and shall continue in force and effect only until such time as a final judgment is entered by the Court in this action.

3.    The Court retains jurisdiction over this matter, including for consideration of any assessment of attorney's fees in the event that any enforcement is required for violation of this Order.

CONSENTED TO BY THE PARTIES: The undersigned parties hereby consent to the entry by the Court of the foregoing Stipulated Preliminary Injunction and agree to abide by its terms.

WOMBLE CARLYLE SANDRIDGE & RICE, LLP

/s/  Preston H. Heard
Preston H. Heard
GA Bar No. 476319
271 17th Street, Suite 2400
Atlanta, Georgia 30363
Telephone:  (404) 872-7000
Facsimile:  (404) 870-8178
E-Mail: pheard@wcsr.com

*Counsel for Plaintiff Endura Products, Inc.*

SUTHERLAND ASBILL AND BRENNAN, LLP

/s/  Ann G. Fort
Ann G. Fort
GA Bar No. 269995
Robert R.L. Kohse
GA Bar No. 863748
999 Peachtree Street, NE, Suite 2300  Atlanta, GA 30309-3996
Telephone: 404.853.8493
Facsimile: 404.853.8806 facsimile
Email: ann.fort@sutherland.com
            rob.kohse@sutherland.com

*Counsel for Defendant Global Products International Group, LLC*

SO ORDERED, this _____ day of October, 2016.

_____
Hon. Eleanor L. Ross
United States District Judge

-5-