IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ENDURA PRODUCTS, INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | 1:16-CV-3700-ELR |
| | * | |
| GLOBAL PRODUCTS | * | |
| INTERNATIONAL GROUP, LLC, | * | |
| | * | |
| Defendant. | * | |
| | * | |

**ORDER**

On October 4, 2016, Plaintiff Endura Products, Inc., filed an Emergency Motion for Limited Expedited Discovery Against Defendant Global Products International Group, LLC (Doc. No. 6), which is now pending before the Court. The Court has reviewed the motion and briefing thereto. The Court finds that discovery on an emergency basis is not warranted at this time, particularly in light of the Court's Order granting Plaintiff a Preliminary Injunction against Defendant. (Doc. No. 16). The Court also notes that because Defendant has filed an answer in this case, the parties must move forward with a Rule 26(f) planning conference and submit a Joint Preliminary Report and Discovery Plan by November 30, 2016. See

LR 16.1 & 16.2, NDGa.  Such a plan will govern discovery and is only a few weeks away.

For the foregoing reasons, the Court **DENIES** Plaintiff's Emergency Motion for Limited Expedited Discovery (Doc. No. 6).

**SO ORDERED**, this 8th day of November, 2016.

*Eleanor L. Ross*
Eleanor L. Ross
United States District Judge
Northern District of Georgia